**Electronically Filed**
**Supreme Court**
**SCWC-12-0000036**
**31-DEC-2014**
**09:03 AM**

SCWC-12-0000036

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET
SECURITIES CORPORATION TRUST 2006-WF1,
Petitioner/Plaintiff-Appellee,

vs.

ASSSOCIATION OF APARTMENT OWNERS OF MAKAHA VALLEY PLANTATION,
Respondent/Defendant-Appellant,

and

JOHN ROBERT BAUTISTA; MAUREEN PALANGGOY BAUTISTA; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.,
Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000036; CIV. NO. 09-1-2489)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee U.S. Bank National

Association, As Trustee For Structured Asset Securities

Corporation Trust 2006-WF1's Application for Writ of Certiorari,

filed on December 1, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, December 31, 2014.

| | |
|---|---|
| Robert E. Chapman and Mary Martin for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Christian P. Porter and R. Laree McGuire for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

